cation by plaintiff to take deposition by written interrogatories or by open commission at plaintiff's initial expense. It is doubtful whether an examination before trial is necessary and, if necessary, it does not appear that the information sought cannot be obtained adequately by the procedure indicated. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See 283 App. Div. 708.]

BERNARR MACFADDEN, Appellant, v. JONNIE L. MACFADDEN, Respondent.— Order unanimously modified so as to permit the depositions of the witnesses to be taken by written interrogatories. In the circumstances of this case, we find that an open commission would only serve unnecessarily to burden plaintiff with needless expense. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of IRVING D. GOODSTEIN, as Successor Trustee of the Trust Created by an Indenture of Trust Made by MABEL L. PRESSINGER, Respondent, against EVE M. FISH, Appellant.— Order [directing appellant to render and settle account of deceased trustee] unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Appeal [from order appointing successor trustee] unanimously dismissed. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of IRVING TRUST COMPANY, as Successor Trustee of the Trust Created by an Indenture of Trust Made by MABEL L. PRESSINGER, Respondent, against EVE M. FISH, Appellant.— Order [directing appellant to render and settle account of deceased trustee] unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Appeal [from order appointing successor trustee] unanimously dismissed. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of PAUL SIMMONS, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See ante, p. 871.]

LEADER A. G. et al., Respondents, v. DOUGLAS CAMPBELL et al., Copartners under the Name of CAMPBELL HARDING GOODWIN & DANFORTH, et al., Defendants, and JAN A. BATA, Appellant.— Motion for reargument denied, without prejudice to any right which defendant-appellant may assert to obtain relief by way of an action in equity. Present — Dore, J. P., Callahan, Breitel and Bastow, JJ. [See ante, p. 863.]

In the Matter of JAMES W. FOOTE, an Attorney.— Motion denied, with leave to the respondent to renew the application for reinstatement after the expiration of six months from the date hereof. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.